2. Under the above-stated ruling and the facts of the instant case this court can not hold, as a matter of law, that the trial court was "without discretionary power" to set aside the judgment against the garnishee. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 11, 1929.

*H. A. Allen, J. S. Hall,* for plaintiff.
*B. H. Burgess,* for defendant.

·19710.   CROSS *v.* THE STATE.

LUKE, J.   The bill of exceptions in this case was certified by the judge on February 18, 1929, and was filed in the office of the clerk of the trial court on March 8, 1929.   Not having been filed within fifteen days from the date of the certificate of the judge, as required by law, this court is without jurisdiction, and the writ of error must be dismissed. *Johnson* v. *State, 5' Ga. App.* 490 (63 S. E. 533); *Woods* v. *State, 11 Ga. App.* 383 (75 S. E. 491), and cit.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 11, 1929.

*J. A. Drake,* for plaintiff in error.
*B. T. Castellow, solicitor-general, Bond Almand,* contra.